**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@aol.com

Attorneys for Plaintiff
**IN SUK KIM**

**JOSEPH P. RUSSONIELLO (CABN 44332)**
**UNITED STATES ATTORNEY**
**JOANN M. SWANSON (CABN 88143)**
**CHIEF, CIVIL DIVISION**
**MELISSA K. BROWN (CABN 203307)**
**ASSISTANT UNITED STATES ATTORNEY**

**450 GOLDEN GATE AVENUE, BOX 36055**
**SAN FRANCISCO, CALIFORNIA 94102-3495**
**TELEPHONE: (415) 436-6962**
**FAX: (415) 436-6748**
**MELISSA.K.BROWN@USDOJ.GOV**

**ATTORNEYS FOR DEFENDANT**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUK KIM, <br><br> Plaintiff, <br> v. <br><br> THOMAS J. VILSACK, SECRETARY OF AGRICULTURE, KENNETH DOBSON, WESTERN LABORATORY DIRECTOR, UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendants. | Case No.:  C10-2101 CW[ECF] <br><br> Case filed:  05/17/10 <br> Case reassigned:  07/20/10 <br> Trial date:  TBA <br><br> **STIPULATION TO DISMISSAL OF INDIVIDUAL DEFENDANT; ORDER** |

Case No.:  C10-2101 CW [ECF] -- STIPULATION TO DISMISSAL OF INDIVIDUAL DEFENDANT; ORDER

KIM/
Kim stipulation to dismiss kdobson

WHEREAS Defendant contends that Defendant Kenneth Dobson, Western Laboratory Director, United States Department of Agriculture, is a not a proper Defendant in this action, and

WHEREAS Defendant represents that dismissal of Kenneth Dobson will not harm Plaintiff's case, and

WHEREAS Defendant agrees that it is estopped from presenting any argument to the effect that Kenneth Dobson is a necessary or appropriate party,

THE PARTIES HEREBY STIPULATE that Kenneth Dobson be dismissed from this action and that his name be removed from the caption.

Respectfully submitted,

Dated:   August 13, 2010           LAW OFFICE OF RICHARD M. ROGERS

By: s/ Richard Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: August 13, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

By: s/ Melissa Brown
MELISSA K. BROWN
ASSISTANT UNITED STATES ATTORNEY
Attorneys for Defendant

It Is Hereby Ordered.

Dated: 8/24/2010           By: [signature]

JUDGE OF THE U.S. DISTRICT COURT

**Case No.:   C10-2101 CW [ECF] --**   STIPULATION TO DISMISSAL OF INDIVIDUAL DEFENDANT; ORDER

KIM/
Kim stipulation to dismiss Dobson
1