IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUK KIM, | No. C 10-02101 CW |
|     Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| U.S. DEPARTMENT OF AGRICULTURE, | |
|     Defendant. / | |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel Further Response to Interrogatory and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing previously set for March 3, 2011 is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 1/24/2011

                                CLAUDIA WILKEN
                                United States District Judge

cc: Sue; Assigned M/J w/mo.