UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUK KIM,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>    Defendant.<br>_____/ | No. C-10-02101-CW (DMR)<br><br>**NOTICE AND ORDER RESCHEDULING PHONE CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The telephonic conference with the undersigned previously set for February 24, 2011 has been **RESCHEDULED** to **March 10, 2011 at 11:00 a.m.** Counsel shall follow the call-in procedures set forth in the Court's previous order issued earlier today. *See* Docket No. 49.

IT IS SO ORDERED.

Dated: February 8, 2011



DONNA M. RYU  
United States Magistrate Judge