1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:   415/981-9788
   Facsimile:   415/981-9798
4  Email:       RogersRMR@aol.com

5  Attorneys for Plaintiff
   **IN SUK KIM**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUK KIM,<br><br>          Plaintiff,<br>     v.<br><br>THOMAS J. VILSACK, SECRETARY OF AGRICULTURE,<br><br>          Defendant. | **Case No.:  C10-2101 CW (RYU)[ECF]**<br><br>Case filed:         05/17/10<br>Case reassigned:    07/20/10<br>Trial date:         01/30/12<br><br>**JOINT STIPULATION AND ORDER**<br><br>Date:       12/16/10<br>Time:       2:00pm<br>Location:   Courtroom 2, Oakland |

The parties hereto jointly stipulate that the Declaration of Melissa Brown Sladden filed as Docket Item #32 be removed from the Court's files and destroyed.

Respectfully submitted,

Dated:_____     LAW OFFICE OF RICHARD M. ROGERS

By:_____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated:_____     MELINDA HAAG
US Attorney

By:_____
MELISSA BROWN SLADDEN
ASSISTANT US ATTORNEY
Attorneys for Defendant

It Is Hereby Ordered.

Dated: 2/10/2011     By: _____
JUDGE OF THE U.S. DISTRICT COURT

Case No.:  C10-2101 CW [ECF] --  JOINT STIPULATION AND ORDER

KIM/
PM4LV2AMD.STIP

1