UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUK KIM, | No. C-10-02101-CW (DMR) |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL RESPONSE TO INTERROGATORY** |
| v. | |
| U.S. DEPARTMENT OF AGRICULTURE, | |
| Defendant(s). | |

The Court is in receipt of the parties' joint letter brief (Docket No. 43) regarding Plaintiff's motion to compel Defendant's response to Interrogatory No. 10. A telephonic hearing was held on March 10, 2011. Defendant is hereby ordered to respond to Interrogatory No. 10. The responsive witness contact information shall not be disseminated beyond use in this litigation, and shall be kept private and outside the public record.

IT IS SO ORDERED.

Dated: March 10, 2011

DONNA M. RYU
United States Magistrate Judge