MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. B. SLADDEN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.sladden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN SUK KIM, <br><br>     Plaintiff, <br><br> v. <br><br> THOMAS J. VILSACK, SECRETARY OF UNITED STATES DEPARTMENT OF AGRICULTURE <br><br>     Defendant. | No. C-10-2101 CW <br><br> STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULE WITH RESPECT TO MOTION FOR SUMMARY JUDGMENT |

STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULE - C-10-2101 CW

The plaintiff, In Suk Kim, PhD, ("Plaintiff") and the federal defendant, Thomas Vilsack, Secretary of United States Department of Agriculture ("Federal Defendant") by and through their counsel stipulate to the following:

WHEREAS, the current deadline for a party to file a motion for summary judgment is September 8, 2011;

WHEREAS, the close of fact discovery is September 16, 2011;

WHEREAS, the parties wish to allow for the close of fact discovery prior to the filing of a motion for summary judgment;

ACCORDINGLY, the parties stipulate to and request the following modification of the pretrial schedule: the last day to file and serve any motion for summary judgment is October 13, 2011, any opposition to such motion must be filed and served by October 27, 2011, any reply brief must be filed and served by November 3, 2011, and the hearing on any such motion is November 17, 2011.

So Stipulated.

DATED: August 30, 2011                  Respectfully submitted,

                                                 MELINDA HAAG
                                                 United States Attorney

                                                         /s/ Melissa Sladden
                                                 _____
                                                 MELISSA BROWN SLADDEN
                                                 Assistant United States Attorney

DATED: August 30, 2011

                                                 RICHARD ROGERS
                                                 Law Office of Richard M. Rogers

                                                        /s/ Richard Rogers
                                                 _____
                                                 RICHARD M. ROGERS
                                                 Attorney for the Plaintiff

**ORDER**

    Pursuant to the stipulation of the parties, the last day to file and serve any motion for summary judgment is October 13, 2011, any opposition to such motion must be filed and served by October 27, 2011, any reply brief must be filed and served by November 3, 2011, and the hearing on any such motion is November 17, 2011.

    IT IS SO ORDERED

Dated: __9/2/2011_____

_____
CLAUDIA WILKEN
United States District Court Judge

STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULE - C-10-2101 CW