MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. B. SLADDEN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.sladden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN SUK KIM, | No. C-10-2101 CW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME |
| v. | |
| THOMAS J. VILSACK, SECRETARY OF UNITED STATES DEPARTMENT OF AGRICULTURE | |
| Defendant. | |

    The plaintiff, In Suk Kim, PhD, ("Plaintiff") and the federal defendant, Thomas Vilsack, Secretary of United States Department of Agriculture ("Federal Defendant") by and through their counsel stipulate to the following:

    WHEREAS, pursuant to the Court's Pretrial Order dated August 24, 2010 ("Pretrial Order"), the parties are requires the parties to file and serve pretrial submissions as described in Paragraph 3 (a) through (j) on January 4, 2012;

    WHEREAS, the pretrial conference in this matter is scheduled for January 18, 2012;

    WHEREAS, trial in this matter is set to begin on January 30, 2012;

    WHEREAS, the Defendant's motion for summary judgment is pending and such motion may dispose of the action or significantly narrow the issues for trial;

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME - C-10-2101 CW

1  WHEREAS, the Defendant will file a Motion to Modify Pretrial Schedule and Vacate
2  Trial Date Pursuant to L.R. 6-3 and 16-2 (D) and Memorandum of Points and Authorities in
3  Support Thereof to be heard on shortened time;
4  WHEREAS, the Plaintiff will oppose such a request;
5  ACCORDINGLY, the parties stipulate to and request the following briefing schedule:
6  On December 19, 2011, Plaintiff shall file and serve any opposition to the Defendant's
7  Motion to Modify Pretrial Schedule and Vacate Trial Date Pursuant to L.R. 6-3 and 16-2 (D); the
8  Defendant shall file and serve any reply memorandum December 20, 2011, and the hearing on
9  the Defendant's motion shall be held on December 22, 2011, at 2:00 p.m..
10  So Stipulated.

12  DATED: December 14, 2011                Respectfully submitted,

13                                          MELINDA HAAG
                                            United States Attorney

15                                          /s/ Melissa Sladden
                                            _____
16                                          MELISSA BROWN SLADDEN
                                            Assistant United States Attorney

17  DATED: December 14, 2011

18                                          RICHARD ROGERS
                                            Law Office of Richard M. Rogers

19                                          /s/ Richard Rogers
                                            _____
20                                          RICHARD M. ROGERS
21                                          Attorney for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME - C-10-2101 CW

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the following briefing schedule shall govern the Defendant's Motion to Modify the Pretrial Schedule and Vacate the Trial Date.  On December 19, 2011, Plaintiff shall file and serve any opposition to the Defendant's Motion to Modify Pretrial Schedule and Vacate Trial Date Pursuant to L.R. 6-3 and 16-2 (D); The Defendant shall file and serve any reply memorandum December 20, 2011, and the motion will be decided on the papers.

IT IS SO ORDERED

Dated: _____12/15/2011_____                    _____
                                                CLAUDIA WILKEN
                                                United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME - C-10-2101 CW