UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN SUK KIM, | ) | No. C-10-2101 CW |
| Plaintiff, | ) | |
| v. | ) ) | **ORDER GRANTING THE DEFENDANT'S ADMINISTRATIVE MOTION REQUESTING BRIEF CONTINUANCE OF THE TRIAL DATE DUE TO A CONFLICT BECAUSE OF A TRIAL THAT WAS PREVIOUSLY SCHEDULED IN ANOTHER MATTER AND REFERRING PARTIES TO A MAGISTRATE JUDGE FOR SETTLEMENT** |
| THOMAS J. VILSACK, SECRETARY OF UNITED STATES DEPARTMENT OF AGRICULTURE | ) ) ) ) | |
| Defendant. | ) ) | |
| | | (Docket No. 85) |

ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION C-10-2101 CW

1  **ORDER**

2  On February 3, 2012, the defendant Thomas Vilsack, Secretary of Department of
3  Agriculture filed an Administrative Motion Requesting Brief Continuance of the Trial Date Due
4  to a Conflict Because of a Trial That Was Previously Scheduled in Another Matter. Having
5  reviewed the materials submitted regarding this matter, the Court grants the Defendant's Motion.
6  The jury trial in this case, of no more than eight days, is continued to May 21, 2012 at 8:30 a.m.
7  The final pretrial conference is continued to Wednesday, May 9, 2012 at 2:00 p.m.
8  The parties are referred to a Magistrate Judge for a settlement conference to be held as
9  soon as convenient to the Magistrate Judge's calendar.

IT IS SO ORDERED

DATED: __2/24/2012__          _____
                              HONORABLE CLAUDIA WILKEN
                              United States District Court Judge

ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION C-10-2101 CW