1
2                     UNITED STATES DISTRICT COURT
3                    NORTHERN DISTRICT OF CALIFORNIA
4                            OAKLAND DIVISION

5
6   IN SUK KIM,                          )   No. C-10-2101 CW
                                         )
7         Plaintiff,                     )   **ORDER GRANTING THE**
                                         )   **DEFENDANT'S ADMINISTRATIVE**
8     v.                                 )   **MOTION REQUESTING BRIEF**
                                         )   **CONTINUANCE OF THE TRIAL DATE**
9   THOMAS J. VILSACK, SECRETARY OF      )   **DUE TO A CONFLICT BECAUSE OF A**
    UNITED STATES DEPARTMENT OF          )   **TRIAL THAT WAS PREVIOUSLY**
10  AGRICULTURE                          )   **SCHEDULED IN ANOTHER MATTER**
                                         )   **AND REFERRING PARTIES TO A**
11        Defendant.                     )   **MAGISTRATE JUDGE FOR**
    _____)   **SETTLEMENT**
12                                            (Docket No. 85)

ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION C-10-2101 CW

**ORDER**

On February 3, 2012, the defendant Thomas Vilsack, Secretary of Department of Agriculture filed an Administrative Motion Requesting Brief Continuance of the Trial Date Due to a Conflict Because of a Trial That Was Previously Scheduled in Another Matter.  Having reviewed the materials submitted regarding this matter, the Court grants the Defendant's Motion.  The jury trial in this case, of no more than eight days, is continued to May 21, 2012 at 8:30 a.m.  The final pretrial conference is continued to Wednesday, May 9, 2012 at 2:00 p.m.

The parties are referred to a Magistrate Judge for a settlement conference to be held as soon as convenient to the Magistrate Judge's calendar.

IT IS SO ORDERED

DATED:  2/24/2012

HONORABLE CLAUDIA WILKEN
United States District Court Judge

ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION C-10-2101 CW